# Notice Recipients

District/Off: 0974–3          User: Admin.          Date Created: 7/21/2017

Case: 17–04330–LA13          Form ID: 184          Total: 2

**Recipients of Notice of Electronic Filing:**
aty          Jeffrey D. Poindexter          jeffrey@jdpoindexterlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Cesar A Barreto          2865 Weeping Willow          Chula Vista, CA 91915

TOTAL: 1